UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DIGNA RUIZ, on behalf of herself and all others similarly situated, | : : : | Civ. No.: 10-cv-5950  (JGK) (THK) |
| Plaintiff, | : : : | **Judge John G. Koeltl** |
| v. | : : | **Magistrate Judge Theodore H. Katz** |
| CITIBANK, N.A., | : : : | |
| Defendant. | : : | |
| FREDERICK WINFIELD, et al., | : : | Civ. No: 10-cv-7304 (JGK) (THK) |
| Plaintiff, | : : : | |
| v. | : : | |
| CITIBANK, N.A., | : : : | |
| Defendant. | : : | |

**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AS AN FLSA COLLECTIVE ACTION AND FOR COURT-AUTHORIZED NOTICE TO SIMILARLY SITUATED INDIVIDUALS**

**PLEASE TAKE NOTICE THAT** Plaintiffs hereby move this Court, before the Honorable John G. Koeltl, in the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order conditionally certifying the above-captioned cases as collective actions, and authorizing Plaintiffs to send Notice pursuant to 28 U.S.C. § 216(b) (in a form to be approved by the Court) to all Potential Opt-In Plaintiffs, that they may join this action and assert claims under the Fair Labor Standards Act, 29 U.S. C. § 201 *et seq*.

Dated: April 29, 2011
       New York, New York

**POMERANTZ HAUDEK**
  **GROSSMAN & GROSS LLP**

By: /s/ Murielle J. Steven Walsh
    Murielle J. Steven Walsh
    Jeremy A. Lieberman
    100 Park Avenue, 26th Floor
    New York, New York 10017
    Telephone: 212-661-1100
    Facsimile: 212-661-8665
    Email: mjsteven@pomlaw.com
    Email: jalieberman@pomlaw.com

**JOSEPH HERZFELD HESTER &**
  **KIRSCHENBAUM LLP**
D. Maimon Kirschenbaum
757 Third Avenue, 25th Floor
New York, New York 10017
Telephone: 212-688-5640
Facsimile: 212-688-2548
Email: maimon@jhllp.com

*Attorneys for Plaintiff Digna Ruiz*

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
585 Stewart Avenue, Suite 304
Garden City, NY 11530
Telephone (516) 683-3516
Facsimile: (302) 654-7530
Email: sdr@rigrodskylong.com
Email: tjm@rigrodskylong.com

**EGLESTON LAW FIRM**
Gregory M. Egleston
360 Furman Street, Suite 443
Brooklyn, NY 11201
Telephone: (646) 227-1700
Facsimile: (646) 227-1701
Email: egleston@gme-law.com
Email: greg.egleston@gmail.com

*Attorneys for Plaintiffs Winfield, Muniz, Steffensen, and Shen*