# EXHIBIT 13

This Exhibit is being filed in redacted form pending resolution of Plaintiffs' motion to file certain "Confidential" materials under seal.

Case 1:10-cv-05950-JGK-THK   Document 35-13   Filed 04/29/11   Page 2 of 2