USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FREDERICK L. WINFIELD, et al,            :

            Plaintiffs,         :    10 Civ. 7304(JGK)(THK)

    -against-                           :

                                       :    **CONFERENCE ORDER**
CITIBANK, N.A.,                          :

           Defendants.         :
------------------------------------X
DIGNA RUIZ,                              :

            Plaintiffs,         :    10 Civ. 5950(JGK)(THK)

    -against-                           :

CITIBANK, N.A.,                          :

           Defendants.         :
------------------------------------X

**THEODORE H. KATZ, United States Magistrate Judge.**

    This action has been referred to Magistrate Judge Theodore H. Katz for general pretrial supervision.

    A pretrial conference will be held on February 14, 2012 at 3:30 p.m., at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, Room 17D. You should come to the conference prepared to propose a plan and schedule for completion of pretrial discovery, the parties' agreement or disagreement as to the production of electronic discovery and to discuss other pretrial matters. The Court also expects to discuss settlement possibilities at the conference, and encourages the parties to discuss settlement among themselves in advance of the conference. If you conclude

that the conference should be a settlement conference, notify my chambers at least three days in advance of the conference.

The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case the parties must make a good faith effort to resolve them. If they cannot be resolved, they should be brought promptly to my attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. Any response should be submitted within three days. Failure to bring disputes to my attention promptly and sufficiently in advance of the discovery deadline shall result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz."  The Clerk of the Court and my chambers should be advised of any change of address or telephone number.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated:   January 31, 2012
         New York, New York