UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
DIGMA RUIZ, on behalf of herself and
others similarly situated,

                                                        10 Civ. 5950 (JGK)(THK)
                       Plaintiff,

        -against-                                 ORDER

CITIBANK, N.A.,
                       Defendants.

------------------------------------------X
FREDERICK WINFIELD, on behalf of himself
and others similarly situated,

                                                        10 Civ. 7304 (JGK)(THK)
                       Plaintiff,

        -against-                                 ORDER

CITIBANK, N.A.,
                       Defendants.

------------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    This case having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference; it is hereby ORDERED that once the start and end dates for the opt-in period have been established:

    1. Second-Phase Discovery will commence on the first day of the opt-in period and will close six months after the end date of the opt-in period.

    2. The following deadlines for motions shall apply:

        Defendant shall submit any motion to decertify under the

>Fair Labor Standards Act within forty-five days of the close of discovery.
>
>Plaintiffs shall submit any opposition to Defendants motion within 30 days of Defendant's motion.
>
>Defendant shall submit any reply within fifteen days of Plaintiffs' opposition.

3. Within fourteen days after the Court's ruling on Defendant's FLSA Decertification, the parties will hold an additional Rule 26 conference to discuss all relevant Rule 26 and Rule 16 issues in the case, including the amount of time necessary to complete pretrial matters, and any proposed dispositive motions. The parties shall report to the Court in writing with fourteen days after the meeting.

4. The parties shall submit a joint status letter, informing the Court of any outstanding issues, the progress of discovery, and if and when Plaintiffs propose to file a class certification motion, by April 16, 2012.

5. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to

allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:   February 15, 2012
         New York, New York