UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
DIGNA RUIZ, on behalf of herself and all others similarly situated,

          Plaintiff,

   v.

CITIBANK, N.A.,

          Defendant.
---------------------------------------------------------------- x

: **Civ. A. No. 10-cv-5950 (KPF/RLE)**

FREDRICK L. WINFIELD, ZULMA G. MUNIZ, JAMES STEFFENSEN and ADORAM SHEN, Individually And On Behalf Of All Others Similarly Situated,

          Plaintiffs,

   v.

CITIBANK, N.A.,

          Defendant.
---------------------------------------------------------------- X

: **Civ. A. No. 10-cv-7304 (KPF/RLE)**

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, Plaintiffs Digna Ruiz, Zulma Muniz, James Steffensen and Adoram Shen ("Plaintiffs") and defendant Citibank, N.A. ("Citibank") in the above-captioned actions have entered into a Settlement Agreement and General Release (Dkt. No. 242), which settlement the Court approved on November 28, 2017 (Dkt. No. 245);

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Citibank, through their undersigned counsel, that the above-captioned actions are hereby voluntarily dismissed in their entirety with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own attorneys' fees and costs except as set forth in the Settlement Agreement and General Release.

Dated: December 5TH, 2017

POMERANTZ LLP

*[signature]* By TSH
Murielle Steven Walsh
600 Third Avenue, 20th Floor
New York, New York 10016
Tel. No.: (212) 661-1100

GAINEY MCKENNA & EGLESTON

*[signature]*
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, New York 10016
Tel. No.: (212) 983-1300

RIGRODSKY & LONG, P.A.

*[signature]*
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, New York 11530
Tel. No: (516) 683-3516

*Attorneys for Plaintiffs Digna Ruiz, Zulma Muniz, James Steffensen and Adoram Shen*

MORGAN LEWIS & BOCKIUS, LLP

*[signature]*
Sam S. Shaulson
Thomas A. Linthorst
Stephanie R. Reiss (admitted *pro hac vice*)
101 Park Avenue
New York, NY 10178
Tel. No.: (212) 309-6718

*Attorneys for Defendant Citibank, N.A.*